Whalen Estate.

Argued January 8, 1947. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*John M. Smith, Jr.,* for appellant.

No one appeared or filed a brief for appellee.

PER CURIAM, January 28, 1947:

This is an appeal from an order of the Orphans' Court of Philadelphia County refusing a petition for a citation to show cause why the report of a master, appointed by an auditing judge to assist him in ascertaining the heirs and next of kin of a decedent, should not be filed with the clerk of the Orphans' Court and not with the auditing judge. Such an order is clearly interlocutory, from which no appeal lies. See *Aman Estate,* 356 Pa. 1.

Appeal quashed.